UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18–cv–09235–PSG–MRW | Date | 4/17/2019 |

| | |
|---|---|
| Title | ANDRES GOMEZ V. KULDIP CHAND ET AL |

Present: The Honorable    Philip S. Gutierrez, United States District Judge

Wendy Hernandez                         Not Reported
Deputy Clerk                    Court Reporter/Recorder

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Not Present                                Not Present

**Proceedings (In Chambers):**      ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

IT IS HEREBY ORDERED that counsel/party show cause in writing on or before  May 1, 2019  why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following as an appropriate response to this Order to Show Cause. Failure to respond in writing, may result in the dismissal of the entire action.

___  Plaintiff to file Proof of Service of Summons and Complaint.

_X_  Defendant to file a Response to Complaint (Amended Complaint) along with Notice of Interested Parties pursuant to Local Rule 7.1-1 *OR* Plaintiff to file a Request for Entry of Default.

___  REMOVALS: Defendant to file copy of Response filed in state court with proper title page, as instructed on the Court's Standing Order, along with a Notice of Interested Parties (if not already filed) pursuant to Local Rule 7.1-1 *OR* Plaintiff to file a Request for Entry of Default.

___  Plaintiff to file a Request to Clerk for Entry of Default Judgment.

___  Plaintiff to file a Motion for Entry of Default Judgment.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

Pursuant to Local Rule 5-4.5, one mandatory chambers copy of every electronically filed document must be delivered no later than 12:00 p.m. on the following business day. Further, the mandatory chambers copy shall comply with Local Rule 11-3.

Initials of Preparer:  wm